JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AQUASONIC LLC,

            Plaintiff,

           v.

AMAZON.COM, INC., et al.,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 26-1817 FMO (SKx)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 14, Notice of Settlement and Request to Stay All Deadlines), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than 21 days, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 28th day of May, 2026.

                                         /s/
                              Fernando M. Olguin
                          United States District Judge